**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JAMIE LEE HENRY, *et al.*,<br>Plaintiffs,<br>v.<br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br>Defendants. | Civil Action No. 26-cv-2011-SAG |

# JOINT MOTION TO STAY CASE

1. Plaintiffs Jamie Lee Henry and Anna Gabrielian ("Plaintiffs") commenced this civil action on May 21, 2026. ECF No. 1. In the operative four-count Amended Complaint, Plaintiffs assert claims under the Privacy Act (Counts I–II) and the Fifth Amendment to the U.S. Constitution (Count IV) against, *inter alia*, the United States Department of Justice ("DOJ"), the United States Department of Health and Human Services, and the United States Defense Health Agency (together, the "Government" and collectively with Plaintiffs, the "Parties"). ECF No. 2. These claims arise from a dismissed criminal prosecution of the Plaintiffs by the United States Attorney's Office for the District of Maryland. *See generally id.*

2. The Government's deadline to respond to the Amended Complaint is September 21, 2026. ECF No. 5.

3. On June 1, 2026, Plaintiffs, through their counsel, each sent a Standard From 95 ("SF-95") to DOJ's Federal Torts Branch to present claims for damages under the Federal Tort Claims Act ("FTCA"). The claims identified in the Plaintiffs' SF-95s arise from the same criminal prosecution as the claims in this case. The SF-95s remain pending with the Torts Branch as of this filing.

4. Given the factual overlap of the claims in this case and the claims identified in the Plaintiffs' SF-95s, the Parties have agreed, subject to the approval of the Court, to stay this case while DOJ reviews and responds to the Plaintiffs' SF-95s.

5. This Court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936). The Court should consider whether a stay would promote judicial economy and the hardship and burden on the respective parties if a stay is granted. *See Nat'l Ass'n for Advancement of Colored People v. United States Dep't of Homeland Sec.,* No. CV DKC 18-0239, 2020 WL 1331998, at *3 (D. Md. 2020) (granting stay); *Int'l Refugee Assistance Project v. Trump*, 323 F. Supp. 3d 726, 730 (D. Md. 2018) (same).

6. A stay is appropriate in this case because it would promote judicial economy. Specifically, the FTCA provides DOJ with six months to review Plaintiffs' SF-95s and to attempt to resolve the claims at the administrative level prior to Plaintiffs filing a civil action in federal court. The Parties here cannot forecast the likelihood of a settlement occurring at the administrative level. However, to the extent Plaintiffs and DOJ resolve Plaintiffs' SF-95s at the administrative level, the ensuing settlement would likely include the claims presented in this case and obviate the need to expend the Parties' and the Court's time and resources litigating this case.

7. If the case is stayed, the Parties agree to file a status report 120 days after the entry of the Order staying this case to apprise the Court of the Plaintiffs' administrative claims.

WHEREFORE, the Parties respectfully request that the Court enter and Order staying this case and directing them to file a status report in 120 days.

A proposed order is attached.

Dated: September 9, 2026

Respectfully and jointly submitted,

/s/
(signed with permission of Daivd P. Sheldon)
David P. Sheldon (Bar No. 02361)
Law Office of David P. Sheldon PLLC
100 M. Street, SE, Ste. 600
Washington, DC 20003
(202) 546-9575
davidsheldon@militarydefense.com

*Attorneys for Plaintiff*

KELLY O. HAYES
United States Attorney

/s/
Michael J. Wilson (Bar No: 18970)
Assistant United States Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4941
Michael.Wilson4@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all parties.

/s/
Michael J. Wilson